JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC,<br><br>                      Plaintiff,<br><br>      v.<br><br>EDMUNDS.COM, INC.,<br><br>                      Defendant. | Case No. 2:11CV07658-PA (JCx)<br><br>*Assigned to the Honorable Percy Anderson*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, each claim of Memory Control Enterprise, LLC ("MCE") against Edmunds.com, Inc. ("Edmunds") and each counterclaim of Edmunds against MCE in this action are hereby dismissed with prejudice, with MCE and Edmunds each bearing its own costs and attorneys' fees.

SO ORDERED.

DATED: April 20, 2012

_____
The Honorable Percy Anderson
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2012 the foregoing PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Susan L. Gutierrez
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: sgutierrez@proskauer.com

Steven M. Bauer (*Admitted pro hac vice*)
Thomas Hoehner (*Admitted pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
Email: sbauer@proskauer.com
Email: thoehner@proskauer.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/  Richard B. Megley, Jr.
Attorneys for Memory Control Enterprise, LLC

CASE NO. 2:11CV07658-PA (JCx)                              [PROPOSED] ORDER